USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/14/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON MARTINEZ,

                          Plaintiff,

          -against-

TA FINTECH INC.,

                          Defendant.

25-CV-10696 (MMG)

**ORDER SCHEDULING
DEFAULT JUDGMENT
BRIEFING**

MARGARET M. GARNETT, United States District Judge:

On December 24, 2025, Plaintiff filed its Complaint against Defendant, TA Fintech Incorporated. According to the affidavit of service, Defendant was served on March 18, 2026, Dkt. No. 5, and Defendant's deadline to respond to the Complaint was **April 8, 2026**. Defendant TA Fintech Inc. has not yet appeared in this matter and thus appears to be in default.

It is hereby ORDERED that if Defendants do not respond to Plaintiff's Complaint or appear by **April 27, 2026,** then by **May 11, 2026,** Plaintiff must file any motion for default judgment in accordance with the Court's Individual Rules & Practices. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (*i.e.*, versions of the files in their original format, such as in ".xlsx") to Chambers at GarnettNYSDChambers@nysd.uscourts.gov. In the event Plaintiff files a motion for default judgment, Plaintiff shall serve the motion papers on Defendants by **May 13, 2026**, either in-person or by using a mail delivery service that provides proof of delivery and electronically, if known. Proof of such service shall be filed by **May 15, 2026**. It is further ORDERED that Defendants shall file any opposition to any motion for default judgment by **May 26, 2026**.

Plaintiff shall serve a copy of this Order on Defendants by mail delivery service that provides delivery confirmation and/or by in-person service **within two business days from the date of this Order**, and shall file proof of such service **within three business days of the date of this Order**.

If this case has been settled or otherwise terminated, Plaintiff is not required to move for default, provided that a stipulation of discontinuance, voluntary dismissal or other proof of termination is filed on the docket prior to May 11, 2026.

Dated: April 14, 2026
         New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge