UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JASON MARTINEZ,

Plaintiff,

25-CV-10696 (VF)

-against-

**ORDER**

TA FINTECH INC.,

Defendant.
---------------------------------------------------------------x

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to provide the Court with an update on the status of fact discovery by **Monday, November 30, 2026**.

**SO ORDERED.**

DATED: New York, New York
October 7, 2026

VALERIE FIGUEREDO
United States Magistrate Judge